IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JULIA NICOLLE COLLETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MASTEC, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 3:18-CV-118-C-BH |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge advising that Plaintiff Julia Nicolle Collett's *pro se* complaint be

dismissed for want of prosecution. Plaintiff failed to file any objections (or otherwise comply

with the Magistrate Judge's orders) and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error

and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation

are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated

therein, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE**

for want of prosecution.

SO ORDERED this 27 day of April, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE